JENNY C. HUANG (Bar No. 223596)
JUSTICE FIRST LLP
2831 Telegraph Avenue
Oakland, CA  94609
Telephone: (510) 628-0695
Facsimile: (510) 272-0711

STEPHEN D. SCHEAR (Bar No. 83806)
LAW OFFICES OF STEPHEN D. SCHEAR
2831 Telegraph Avenue
Oakland, CA  94609
Telephone: (510) 832-3500
Facsimile: (510) 272-0711

Attorneys for Plaintiff JOVON WILLIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVON WILLIS,<br><br>   Plaintiff,<br><br> vs.<br><br>SIERRAPINE, LTD.,<br>MARK DASHNAW,<br><br>   Defendants. | Case No.: 2:06-CV-02688 (FCD)(GGH)<br><br>**STIPULATION and ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271**<br><br>**"AS MODIFIED"** |

  WHEREAS the Pretrial Scheduling Order, dated April 17, 2007, requires that (1) all discovery be completed by February, 29, 2008, (2) expert reports are due by March 14, 2008, (3) rebuttal expert reports are due by April 7, 2008, (4) expert discovery be completed by May 5, 2008; (5) dispositive motions are due on July 11, 2008; (6) the final pretrial conference is scheduled for September 19, 2008, and (7) trial is scheduled for November 4, 2008; and

  WHEREAS the attorneys for the respective parties agree that settlement negotiations are warranted at this stage of discovery; and

  WHEREAS the parties have additional discovery to conduct in the event that a settlement is not reached between the parties;

  IT IS HEREBY STIPULATED AND AGREED by the attorneys as follows:

1. Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program;

2. The following modifications to the pretrial scheduling order are necessary to allow the parties to engage in meaningful settlement negotiations without the expense of additional discovery. Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the following changes shall be made to the Pretrial Scheduling Order, dated April 17, 2007:

    a. All discovery shall be completed by April 30, 2008;

    b. Expert reports are due no later than May 14, 2008;

    c. Rebuttal expert reports are due no later than June 7, 2008;

    d. Expert discovery shall be completed by July 15, 2008;

    e. Dispositive motions shall be heard no later than August 15, 2008;

    f. Final pretrial conference is set for October 19, 2008; and

    g. Trial is scheduled for December 4, 2008.

Dated: January 24, 2008  
       Oakland, California

**JUSTICE FIRST, LLP**  
Attorneys for Plaintiff Jovon Willis  
By:

_____/s/_____  
Jenny C. Huang  
2831 Telegraph Avenue  
Oakland, CA  94609  
Tel.: (510) 628-0695

Dated: January 24, 2008  
       Eureka, California

**DUN & MARTINEK, LLP**  
Attorneys for Defendants SierraPine & Mark Dashnaw  
By:

_____/s/_____  
Shelley C. Addison  
2313 I Street  
P.O. Box 1266  
Eureka, CA  95502  
Tel.:  (707) 442-3791

ORDER CONTINUED ON NEXT PAGE

**ORDER**

The court hereby adopts the parties stipulation and REFERS this matter to Voluntary Dispute Resolution Program. In light of this referral the Pretrial Scheduling Order is hereby modified as follows:

    a. All discovery shall be completed by April 30, 2008;

    b. Expert reports are due no later than May 14, 2008;

    c. Rebuttal expert reports are due no later than June 6, 2008;

    d. Expert discovery shall be completed by July 15, 2008;

    e. Dispositive motions shall be heard no later than September 19, 2008;

    f. Final pretrial conference is set for November 21, 2008 at 1:30 p.m.; and

    g. Jury Trial is scheduled for January 27, 2009 at 9:00 a.m.

IT IS SO ORDERED.

Dated: January 25, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE