Jenny C. Huang (Bar No. 223596)
Nadia Aziz (Bar No. 252966)
JUSTICE FIRST LLP
2831 Telegraph Avenue
Oakland, CA  94609
Telephone: (510) 628-0695
Facsimile: (510) 272-0711
E-mail:  jhuang@justicefirstllp.com
E-mail:  naziz@justicefirstllp.com

Attorneys for Plaintiff JOVON WILLIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVON WILLIS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SIERRAPINE, LTD.,<br>MARK DASHNAW,<br><br>　　　　　Defendants. | Case No.: 2:06-CV-02688 (FCD)(GGH)<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TO AMEND PRETRIAL SCHEDULING ORDER**<br><br>**"AS MODIFIED"** |

　　　　WHEREAS this matter was referred to the Voluntary Dispute Resolution Program by court order dated January 25, 2008;

　　　　WHEREAS a mediation conference is presently scheduled between the parties for April 10, 2008 before Mediator Koorosh Afshari;

　　　　WHEREAS Defendants' filed a Motion for Summary Judgment on March 20, 2008 and the hearing on said motion is presently scheduled for April 25, 2008;

　　　　WHEREAS Plaintiff's counsel is presently scheduled to appear in the Northern District of California at said date and time;

　　　　WHEREAS the Modified Pretrial Scheduling Order, dated January 25, 2008, requires that (1) all discovery be completed by April 30, 2008, (2) expert reports are due by March 14, 2008, (3) rebuttal expert reports are due by June 6, 2008, (4) expert discovery be completed by July 15, 2008;

1  (5) dispositive motions shall be heard by September 19, 2008; (6) the final pretrial conference is
2  scheduled for November 21, 2008, and (7) jury trial is scheduled for January 27, 2009; and

3        WHEREAS the attorneys for the respective parties agree that settlement negotiations are
4  warranted at this stage of discovery; and

5        WHEREAS the parties have additional discovery to conduct in the event that a settlement is
6  not reached between the parties;

7        IT IS HEREBY STIPULATED AND AGREED by the attorneys as follows:

8        1. Pursuant to Local Rule 78-230, the parties request to continue the hearing on Defendants'
9  Motion for Summary Judgment until May 9, 2008 at 10:00 a.m.

10        2. The following modifications to the pretrial scheduling order are necessary to allow the
11  parties to engage in meaningful settlement negotiations without the expense of additional discovery.
12  Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties request the following
13  changes shall be made to the Modified Pretrial Scheduling Order, dated January 25, 2008:

14        a. All discovery shall be completed by June 30, 2008;
15        b. Expert designations and reports are due no later than July 31, 2008;
16        c. Rebuttal expert reports are due no later than August 29, 2008;
17        d. Expert discovery shall be completed by September 30, 2008;
18        e. Dispositive motions shall be heard no later than November 14, 2008;
19        f. Final pretrial conference is set for January 9, 2009 at 2:00 p.m. and
20        g. Jury Trial is scheduled for March 10, 2009 at 9:00 a.m.

21
22  Dated: April 7, 2008       **JUSTICE FIRST, LLP**
23        Oakland, California       Attorneys for Plaintiff Jovon Willis
      By:
24
25        _____/s/_____
      Jenny C. Huang
26        2831 Telegraph Avenue
      Oakland, CA  94609
27        Tel.: (510) 628-0695
28

1 | Dated: April 7, 2008        **DUN & MARTINEK, LLP**
      Eureka, California        Attorneys for Defendants SierraPine & Mark Dashnaw

By:

_____/s/_____
Shelley C. Addison
2313 I Street
P.O. Box 1266
Eureka, CA  95502
Tel.:  (707) 442-3791

IT IS SO ORDERED.

DATED: April 8, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE