UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOVON BILLIE WILLIS,

          Plaintiff(s),

  v.

SIERRAPINE, LTD., et al.,

          Defendant(s).
_____/

NO. CIV. S-06-2688 FCD/GGH

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of voluntary dispute resolution program Coordinator the court has determined that the above action has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before May 19, 2007. All dates/hearings set in this matter, including any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: April 15, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE